IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:12-cr-367 |
| CHARLES PRINCE KUMAH, | |
| Defendant. | |

CONSENT MOTION TO DISMISS PETITION

On October 20, 2021, the Court held a revocation hearing based on a Petition and Order on Supervised Release. ECF No. 73. At the hearing, the defendant admitted the violation alleged in the Petition. *See* ECF No. 89. The Court continued the revocation hearing for a period of 90 days to monitor the defendant's progress and compliance, and continued the defendant on the same conditions of release. *Id*. Having been advised that the defendant has maintained compliance with the conditions of release as directed since October 20, 2021, the United States respectfully moves this Court to dismiss the pending Petition. The undersigned has conferred with counsel for the defendant, who joins in the motion.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:  _____/s/_____
Caylee E. Campbell
Marc J. Birnbaum
Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:12-cr-367 |
| CHARLES PRINCE KUMAH, | |
| Defendant. | |

ORDER

Upon the Consent Motion of the United States to the Petition and Order on Supervised Release, ECF No. 73, in the above-captioned case, it is hereby

ORDERED that the Petition and Order on Supervised Release, ECF No. 73, is dismissed.

Date:_____          _____
                                                              The Honorable Anthony J. Trenga
                                                              United States District Judge