# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | Case No. 1:12-cr-367-AJT |
| CHARLES PRINCE KUMAH, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **ORDER**

Pending before the Court is Defendant Charles Prince Kumah's Motion to Reduce Supervised Release Term [Doc. No. 94], upon consideration of the Motion, it is hereby

ORDERED that, within twenty-one (21) days of the date of this Order, the Government shall respond to the Motion.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 26, 2022